UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RUBEN SILVESTRE-JIMENEZ,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, et al.,

Respondents.

Case No.: 26cv5550-LL-KSC

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

[ECF No. 1]

Before the Court is Petitioner Ruben Silvestre-Jimenez's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 filed on September 28, 2026, alleging that he is wrongfully held under the mandatory detention provision of 8 U.S.C. § 1225(b)(2) instead of 8 U.S.C. § 1226(a). ECF No. 1 ("Pet.") ¶¶ 23–29. Upon review, the Court notes that Petitioner filed a prior § 2241 petition in case number 25cv3255-LL-KSC with the same allegations of unlawful detention under § 1225(b)(2).

On December 17, 2025, the Court granted the prior petition after finding Petitioner was wrongfully detained under § 1225(b)(2) and ordered the government to provide Petitioner with a bond hearing pursuant to § 1226(a). Order Granting Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, *Silvestre-Jimenez v. Noem*,

No. 25cv3255-LL-KSC (S.D. Cal. Dec. 17, 2025). The Court finds Petitioner provides no new grounds for relief that were not raised in the prior petition. In fact, the instant Petition is almost identical to the previous petition. A habeas petition is subject to summary dismissal when it is repetitive or duplicative. Therefore, the Court **DISMISSES** the Petition as repetitive or duplicative. *See e.g.*, *Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023).

The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

Dated: September 29, 2026

Honorable Linda Lopez
United States District Judge