# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Ruben Silvestre-Jimenez

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-5550-LL-KSC

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES the Petition as repetitive or duplicative. This case is hereby closed.

**Date:** 10/2/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-5550-LL-KSC

Respondents:

Markwayne Mullin,
in his official capacity as Secretary of Homeland Security;
Christopher J. LaRose,
in his official capacity as Warden of Otay Mesa Detention Center;
Gregory J. Archambeault,
in his official capacity as San Diego Field Office Director, ICE Enforcement Removal Operations;
David Venturella,
in his official capacity as Acting Director of ICE;
Todd Blanche,
U.S. Attorney General;
Immigration and Customs Enforcement;
Department of Homeland Security